Dawn FIGMAN, Plaintiff—Appellant,

v.

POWERS, Police Chief; Officer Downey; Mr. Anderson; City of Fredericksburg, Virginia; Mary Washington College, Defendants—Appellees.

Nos. 03–2053, 03–2109, 03–2207.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 11, 2003.

Decided Dec. 19, 2003.

Dawn Figman, Appellant pro se.

Jennifer Lee Parrish, Roberts, Ashby & Parrish, Fredericksburg, Virginia; James Christian Stuchell, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

* The Government has elected not to file a brief.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Dawn Figman appeals the district court's orders denying her second motion for leave to amend her civil rights complaint, granting defendants' motions to dismiss the complaint, and denying her motion for a new trial. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Figman v. Powers,* No. CA–03–536 (E.D.Va. July 29, 2003; Aug. 8, 2003 & Aug. 27, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*